UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA HEHRER, as Personal
Representative of the Estate of Joseph
Hehrer,

    Plaintiff,

v.

COUNTY OF CLINTON, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1079

HON. JANET T. NEFF

## ORDER

On September 15, 2021, this Court issued an Opinion and Order which, in pertinent part, provided Plaintiff a 21-day period to (1) "amend her medical malpractice claim against Dr. Parker with respect to his actions on or after March 1, 2019" and (2) "amend her medical malpractice claim against Defendants Freed and Thelen with respect to their actions on or after March 1, 2019" (ECF No. 50 at PageID.640-641). On October 6, 2021, Plaintiff filed an Amended Complaint that revived her claim against Dr. Mashni (Am. Compl., ECF No. 51). *See* Order, ECF No. 34 (granting Plaintiff's motion to dismiss Defendant Mashni). Pursuant to FED. R. CIV. P. 12(f)(1), the Court will strike the Amended Complaint and provide Plaintiff an additional 7-day period to file an amended pleading that conforms to the scope of the leave granted by this Court.

Accordingly:

**IT IS HEREBY ORDERED** that the Amended Complaint (ECF No. 51) is STRICKEN.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than October 19, 2021, file an Amended Complaint, if any, conforming to the scope of the leave granted by this Court.

Dated: October 12, 2021                             /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge